## No. 8967.
## BOARD OF COMMISSIONERS TO SUPERINTED REPAIRS TO STATE HOUSE, ETC. VS. J. C. RIDDELL ET ALS.

Where, in a case involving the settlement of accounts between the parties litigant, they agreed to submit their accounts to experts—so named in the writing—and an umpire is appointed by the court and their report is made and opposed by the parties, although the terms of the submission might seem to give the experts the powers of amicable compounders, yet, if on the trial of the opositions, testimony is introduced touching all matters of fact submitted and no bill of exceptions is taken to its admission, the report as award will not be regarded as that of amicable compounders and as final and unreviewable by the court, as to the facts determined, but the testimony admitted will be considered and the award will be changed if the evidence justifies it.

APPEAL from the Civil District Court for the Parish of Orleans. *Lazarus*, J.

*F. L. Richardson* for Plaintiffs and Appellants.

*Braughn, Buck & Dinkelspiel* and *Wynne Rogers* for Defendants and Appellees.

The opinion of the Court was delivered by TODD, J.